**No. 10-10591. Tyrrall Farrow Cannon, Petitioner v. California.**

565 U.S. 1091, 132 S. Ct. 865, 181 L. Ed. 2d 547, 2011 U.S. LEXIS 8870.

December 12, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-336. John M. Corboy, et al., Petitioners v. David M. Louie, Attorney General of Hawaii, et al.**

565 U.S. 1091, 132 S. Ct. 865, 181 L. Ed. 2d 547, 2011 U.S. LEXIS 8979.

December 12, 2011. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 128 Hawaii 89, 283 P.3d 695.

**No. 11-338. Doug Decker, in His Official Capacity as Oregon State Forester, et al., Petitioners v. Northwest Environmental Defense Center.**

**No. 11-347. Georgia-Pacific West, Inc., et al., Petitioners v. Northwest Environmental Defense Center.**

565 U.S. 1091, 132 S. Ct. 865, 181 L. Ed. 2d 547, 2011 U.S. LEXIS 8836.

December 12, 2011. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

Justice Breyer took no part in the consideration or decision of these petitions.

Same cases below, 640 F.3d 1063.

**No. 11-393. National Federation of Independent Business, et al., Petitioners v. Kathleen Sebelius, Secretary of Health and Human Services, et al.**

**No. 11-400. Florida, et al., Petitioners v. Department of Health and Human Services, et al.**

565 U.S. 1091, 132 S. Ct. 866, 181 L. Ed. 2d 547, 2011 U.S. LEXIS 8880.

December 12, 2011. Motion of Freedom Watch for leave to intervene denied.

**No. 11-166. RadLAX Gateway Hotel, LLC, et al., Petitioners v. Amalgamated Bank.**

565 U.S. 1092, 132 S. Ct. 845, 181 L. Ed. 2d 547, 2011 U.S. LEXIS 9014.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted.

Same case below, 651 F.3d 642.